

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00479-CV

**CITY OF HEWITT**, Texas and Police Chief James Barton,
Appellants

v.

Danny **POWELL**,
Appellee

From the 414th Judicial District Court, McLennan County, Texas
Trial Court No. 2011-4376-5
Honorable Vicki Lynn Menard, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we REVERSE the judgment of the trial court, and REMAND this cause to the trial court for further proceedings. It is ORDERED that the mandate shall issue immediately. It is FURTHER ORDERED that costs of appeal are taxed against the parties who incurred them.

SIGNED March 19, 2014.

_____
Rebeca C. Martinez, Justice